ROBERT COHEN & others *vs.* ALVIN COHEN. June 6, 1967. The allegations of this bill in equity in substance are as follows: The plaintiffs are owners of property, or reside, in the Mattapan district of Boston; the defendant has a license to conduct dances on premises in the immediate vicinity called Town & Country Club; on at least one night each week dances, with an admission charge and attended by about 450 youths, are conducted at the club; when dances are conducted there is a substantial increase of traffic in the streets near by and cars are parked by patrons in such a manner as to obstruct access to the plaintiffs' houses; numerous patrons congregate in the streets before, during and after the dances, making "loud and raucous noises and shout[ing] obscenities"; during the dances noise, shouting and loud music emanate from the club, which disturb the plaintiffs and interfere with their sleep; patrons upon leaving the club have engaged in brawling and fisticuffs; and empty beer cans and liquor bottles are thrown by them onto the plaintiffs' premises. The bill seeks injunctive relief and damages. A master to whom the case was referred made a report, and, pursuant to an order of recommittal, made a

supplementary report. From a final decree dismissing the bill, the plaintiffs appealed. A recital of the master's findings would serve no useful purpose. His subsidiary findings establish that the principal allegations of the plaintiffs' bill have not been sustained; he concluded that there was "no injury of a sufficient degree to warrant the awarding of damages . . . or the issuance of an injunction." Since these findings are not mutually inconsistent or plainly wrong they are conclusive. *Lawrence* v. *Selectmen of Egremont,* 350 Mass. 354, 357. The principles governing cases of this sort have been fully set forth in *Stevens* v. *Rockport Granite Co.* 216 Mass. 486. The decree dismissing the bill was right.

*Decree affirmed with costs of appeal.*

*Norman I. Jacobs & Roger J. Donahue,* for the plaintiffs, submitted a brief.

No argument or brief for the defendant.